UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NADINE TOWNSEND,

      **Plaintiff,**

v.

PUBLIC STORAGE, INC.,

      **Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**THOMAS J. McAVOY**
**Senior United States District Judge**

No. 1:13-cv-1600
(TJM/TWD)

## DECISION and ORDER

I.   **INTRODUCTION**

This *pro se* action was referred to the Hon. Therese W. Dancks, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule N.D.N.Y. 72.3(c). In her April 30, 2014 Order and Report-Recommendation (dkt. # 4), Magistrate Judge Dancks ordered that Plaintiff's *in forma pauperis* application (dkt. # 2) be granted for purposes of filing only; denied the motion to appoint counsel (dkt. # 3); and recommended that Plaintiff's Complaint (Dkt. No. 1) be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). Plaintiff has not filed objections to the Order and Report-Recommendation, and the time to do so has expired.

II.   **DISCUSSION**

After examining the record, this Court has determined that the Order and Report-Recommendation is not subject to attack for plain error or manifest injustice.

1

III. **CONCLUSION**

Accordingly, the Court **ADOPTS** the Order and Report-Recommendation for the reasons stated therein. Plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

**IT IS SO ORDERED.**

**Dated:** December 17, 2014

Hon. Thomas J. McAvoy, SUSDJ